IONA M. BUSCH, INDIVIDUALLY, ETC., ET ALS., PLAIN-
TIFFS-RESPONDENTS, v. LOUISE PLEWS, DEFENDANT-
PETITIONER, AND LIBERTY TITLE AND TRUST COM-
PANY, ET. ALS., DEFENDANTS-RESPONDENTS.

See same case below: 19 *N. J. Super.* 195.

*Mr. William Elmer Brown, Jr.,* for the petitioner.

*Messrs. Bolte & Repetto* for the respondents.

January 26, 1953.   Granted.